IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DIANA GAINES**                                                                                                    **PLAINTIFF**

V.                                    **NO. 5:06CV00187-BD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 10th day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE